# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINSTON FERNANDEZ,<br><br>*on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>AUS, Inc.,<br><br>Defendant. | Case No: 1:23-cv-01713-RMB-SAK<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION TO STAY LITIGATION PENDING SETTLEMENT DISCUSSIONS

**WHEREAS**, Plaintiff Winston Fernandez filed his Class Action Complaint on March 27, 2023;

**WHEREAS**, the Parties have met and conferred to discuss the possibility of early resolution;

**WHEREAS**, on July 5, 2023, the Parties entered into a joint stipulation to stay litigation pending settlement discussions;

**WHEREAS**, settlement negotiations remain ongoing and the Parties believe there is a reasonable probability that this matter may be resolved through negotiations;

**WHEREAS**, Defendant AUS, Inc.'s response to the Class Action Complaint is due on July 31, 2023;

The Parties hereby submit this stipulation to stay litigation pending settlement discussions, and respectfully request that this Honorable Court approve the same.

| | |
|---|---|
| */s/ Vicki J. Maniatis* | */s/ Ernest F. Koschineg* |
| Vicki J. Maniatis | Ernest F. Koschineg |
| Milberg Coleman Byson | Cipriani & Werner PC |
| Phillips Grossman, PLLC | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

Accordingly, pursuant to the foregoing terms and stipulations, this civil action is hereby ADMINISTRATIVELY TERMINATED.

SO ORDERED this  1st  day of  August  20 23

_____
United States District Judge