# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WINSTON FERNANDEZ, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AUS, Inc.,<br><br>　　　　　　　　　Defendant. | Case No. 1:23-cv-01713-RMB-SAK |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties, by and through their counsel of record, hereby stipulate that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (authorizing voluntary dismissal "without a court order" upon a "stipulation of dismissal signed by all parties who have appeared"). This stipulation of dismissal shall not affect the claims of any other putative class members as no class has been certified and this voluntary dismissal dismisses the class action allegations without prejudice. Each party shall bear its own fees and costs.

Dated:  March 29, 2024                                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Vicki J. Maniatis*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Vicki J. Maniatis (NJ Bar No. 001321994)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN, PLLC**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　100 Garden City Plaza, Suite 500
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Garden City, New York 11530
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (212) 594-5300
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　vmaniatis@milberg.com

   /s/ David K. Lietz
David K. Lietz *(admitted pro hac vice)*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
5335 Wisconsin Avenue, NW, Suite 440
Washington, DC 20015
Telephone: 866-252-0878
dlietz@milberg.com


/s/ Terence R. Coates
Terence R. Coates *(admitted pro hac vice)*
**MARKOVITS, STOCK & DEMARCO, LLC**
119 E. Court Street, Suite 530
Cincinnati, OH 45202
Tel.: (513) 651-3700
tcoates@msdlegal.com

*Attorneys for the Plaintiff Winston Fernandez*


/s/ Jill H. Fertel
Jill H. Fertel
**CIPRIANI & WERNER, PC**
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
Tel: (610) 567-0700
jfertel@c-wlaw.com

*Attorneys for Defendant AUS, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2024, the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (212) 594-5300
vmaniatis@milberg.com